544 U.S. 920
 SEILS ET AL.
v.
ROCHESTER CITY SCHOOL DISTRICT ET AL.;
BLISS
v.
ROCHESTER CITY SCHOOL DISTRICT;
MURPHY
v.
ROCHESTER CITY SCHOOL DISTRICT; and
COONS
v.
ROCHESTER CITY SCHOOL DISTRICT.
 No. 04-807.
 Supreme Court of United States.
 March 21, 2005.
 
 1
 C. A. 2d Cir. Certiorari denied. Reported below: 99 Fed. Appx. 350 (first judgment); 100 Fed. Appx. 854 (fourth judgment); 103 Fed. Appx. 421 (second judgment); 106 Fed. Appx. 746 (third judgment).